```
                    UNITED STATES DISTRICT COURT

                    MIDDLE DISTRICT OF LOUISIANA


CLARENCE RANDOLPH, JR. (#480981)
                                              CIVIL ACTION
VERSUS
                                              NO. 09-0179-FJP-CN
CAPT. G. LONDON, ET AL.
```

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the motion for partial summary judgment[1] of defendant James LeBlanc shall be granted, dismissing the plaintiff's claims against this defendant for failure of the plaintiff to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e.

IT IS FURTHER ORDERED that the motion to dismiss[2] of defendant G. London shall be granted, dismissing the plaintiff's claims asserted against this defendant in the defendant's official capacity.

IT IS FURTHER ORDERED that the plaintiff's remaining claims shall be dismissed as legally frivolous pursuant to 28 U.S.C. §

---

[1] Rec. Doc. No. 21.

[2] Rec. Doc. No. 22.

Doc#46545

1915, and that this action shall be dismissed.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, January 12, 2010.

*[signature]*
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#46545

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CLARENCE RANDOLPH, JR. (#480981)

VERSUS

CAPT. G. LONDON, ET AL.

CIVIL ACTION

NO. 09-0179-FJP-CN

JUDGMENT

For the written reasons assigned:

IT IS ORDERED AND ADJUDGED that judgment shall be entered, granting the motion for partial summary judgment of defendant James LeBlanc and dismissing the plaintiff's claims against this defendant for failure of the plaintiff to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e.

IT IS FURTHER ORDERED AND ADJUDGED that the motion to dismiss of defendant G. London shall be granted, dismissing the plaintiff's claims asserted against this defendant in the defendant's official capacity.

IT IS FURTHER ORDERED AND ADJUDGED that the plaintiff's remaining claims shall be dismissed as legally frivolous pursuant to 28 U.S.C. § 1915, and that this action shall be dismissed.

Baton Rouge, Louisiana, January 12, 2010.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#46545

Doc#46545